**Return Address:**
Tomasi Salyer Baroway
Chelsea S. Lewandowski
121 SW Morrison St., Suite 1850
Portland, OR 97204



2016080200179
TOMASI SALYER J    76.00
PAGE-001 OF 004
08/02/2016 09:05
KING COUNTY, WA

Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

| **Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in) |
|---|
| 1. Judgment for Money Owed     2. _____ <br> 3. _____     4. _____ |

| **Reference Number(s) of Documents assigned or released:** |
|---|
| Additional reference #'s on page _____ of document |

| **Grantor(s)** (Last name, first name, initials) |
|---|
| 1. Jack C. Cramer, Jr. _____, Judgment Debtor_____ <br> 2. _____, _____ <br><br> Additional names on page _____ of document. |

| **Grantee(s)** (Last name first, then first name and initials) |
|---|
| 1. 21st Mortgage Corporation _____, Judgment Creditor_____ <br> 2. _____, _____ <br><br> Additional names on page _____ of document. |

| **Legal description** (abbreviated: i.e. lot, block, plat or section, township, range) |
|---|
| Any and all real property Jack C. Cramer, Jr. currently owns or subsequently acquires in King County, Washington. <br><br> Additional legal is on page _____ of document. |

| **Assessor's Property Tax Parcel/Account Number**     ☐ Assessor Tax # not yet assigned |
|---|
| _____ |

| The Auditor/Recorder will rely on the information provided on the form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein. |
|---|

I am requesting an emergency nonstandard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording processing requirements may cover up or otherwise obscure some part of the text of the original document.

_____Signature of Requesting Party

```
                                          HONORABLE TIMOTHY A. BRADSHAW
```

CERTIFIED COPY

```
                                          FILED
                                          KING COUNTY, WASHINGTON
                                          JUL 14 2016
                                          SUPERIOR COURT CLERK
                                          BY Victor Bigomia
                                                    DEPUTY
```

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF KING

| | |
|---|---|
| 21ST MORTGAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JACK C. CRAMER, JR.; and JANE DOE CRAMER, and the marital community thereof,<br><br>Defendants. | Case No. 15-2-21512-4 SEA<br><br>JUDGMENT FOR MONEY OWED |

## JUDGMENT SUMMARY

1. Judgment Creditor : 21st Mortgage Corporation

2. Attorney for Judgment Creditor : Chelsea S. Lewandowski
   Tomasi Salyer Baroway
   121 SW Morrison St., Suite 1850
   Portland, OR 97204

3. Judgment Debtor : Jack C. Cramer, Jr.

4. Attorney for Judgment Debtor : Helmut Kah

5. Principal Amount of Judgment : $21,904.58

6. Interest to Date of Judgment
   Accrued through 6/28/16 : $6,595.09
   Thereafter until Judgment is entered : $7.20 per day

7. Costs : $1,536.53

8. Total Judgment Balance [items 5-7] shall bear post judgment interest at 12% per annum.

Page 1 - JUDGMENT FOR MONEY OWED
21ST-F74\00244285.000

*TOMASI SALYER BAROWAY*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

**EXHIBIT N**

Case 20-13387-CMA    Claim 18-14    Filed 10/08/20    Desc Main Document    Page 2 of 3

I BARBARA MINER Clerk of the Superior Court of the State of Washington for King County do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof IN TESTIMONY WHEREOF I have affixed this seal of said Superior Court at my office at Seattle on this date     JUL 1 8 2016



BARBARA MINER Superior Court Clerk

By /s/
Deputy Clerk