**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Jack Carlton Cramer, Jr,<br><br><br>Debtor(s). | Case No. 09-15167 |
| Jack Carlton Cramer, Jr,<br><br>Plaintiff,<br><br><br>v.<br><br>21st Mortgage Corporation,<br><br>Defendant. | Adv. No. 20-01047<br><br>JUDGMENT VOIDING MONEY JUDGMENT AND ENJOINING ENFORCEMENT OF 21st MORTGAGE CORPORATION'S JUDGMENT LIEN |

Order - 1

**Below is the Order of the Court.**

Based upon the Order Denying 21st Mortgage's Motion for Summary Judgment (Dkt. No. 35) and the Order Granting Plaintiff's Cross Motion for Summary Judgment (Dkt. No. 36), it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is granted in favor of the Plaintiff and against Defendant on Plaintiff's claims in the Complaint;
2. The "Judgment for Money Owed" filed in King County Superior Court in the State of Washington, Case No. 15-2-2151 2-4 SEA (the "State Court Judgment") is void as a violation of the discharge injunction under 11 U.S.C. § 524(a)(2);
3. Any enforcement of the State Court Judgment is void and in violation of the discharge injunction under 11 U.S.C. § 524(a)(2); and
4. The judgment lien recorded on August 2, 2016 under instrument number 20160802000179 in the King County Recorder's Office and encumbering the real property located at 15605 63rd Ave NE, Kenmore, WA 98028 that is legally described as "Lots 1 in Block 3 of the Inglewoods No. 2, as per Plat recorded in Volume 54 of Plats, Pages 30 and 31, Records of King County Auditor" is void and any enforcement is hereby enjoined.

///END OF ORDER///

Order - 2